# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| JULIE DALTON, | Case No. 25-CV-2508 (NEB/DJF) |
| Plaintiff, | |
| v. | ORDER FOR DISMISSAL |
| JERRY'S ENTERPRISES, INC., | |
| Defendant. | |

Pursuant to the parties' Stipulation of Dismissal With Prejudice filed on August 26, 2025 (ECF No. 10), IT IS HEREBY ORDERED that this case is DISMISSED WITH PREJUDICE on the merits and without costs or attorneys' fees to any party.

Dated: August 27, 2025

BY THE COURT:
s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge